<|>
<|>
<|>
<|>
<|>

JOHN M. NEWMAN
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
101 E Front Street, Suite 401
Missoula, MT 59802
Phone: (406) 829-3336
Email: john.newman@usdoj.gov

ABBIE J.N. CZIOK
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5268
Fax: (406) 457-5130
Email: abbie.cziok@usdoj.gov

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KIMMIE S. BAGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES,<br><br>Defendant. | CV 21-112-BLG-SPW-TJC<br><br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

The Defendant, United States of America, gives notice to the Court and opposing counsel of the substitution of Assistant U.S. Attorneys John M. Newman and Abbie J.N. Cziok for Assistant U.S. Attorneys Mark Steger Smith and Brendan P. McCarthy.

Accordingly, it is respectfully requested that the Clerk of District Court terminate Assistant U.S. Attorneys Smith and McCarthy as attorneys "to be noticed" in the CM-ECF records in the above-captioned case.

**DATED** this 12th day of October, 2022.

JESSE A. LASLOVICH
United States Attorney

/s/ JOHN M. NEWMAN
JOHN M. NEWMAN
ABBIE J.N. CZIOK
Assistant U.S. Attorneys
Attorneys for Defendant