# ORDER / SOLICITATION / OFFER / AWARD

**OFFEROR TO COMPLETE BLOCKS 13, 14, 16, 22, 23 and 26**

| 1. REQUISITION NO. | | PAGE | OF |
|---|---|---|---|
| 23123820 | | 1 | 19 |

| 2. CONTRACT/ORDER NO. | 3. AWARD/ EFFECTIVE DATE | 4. MASTER/AGENCY CONTRACT NO. | 5. SOLICITATION NO. | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| 4BSCLP-17-B-0329 | 07/01/2017 | | 4BD-17-A-0014 | 05/02/2017 |

| 7. For Solicitation Information Call | a. NAME Bruce Lee | b. TELEPHONE NO. (303) 743-1229 | c. FAX NO. (650) 357-6360 | 8. OFFER DUE DATE/TIME |
|---|---|---|---|---|

**9. ISSUED BY** CODE 4BSCLP
Snow, Cleaning, Landscape,
& Pest Services
Facility Services CMC
United States Postal Service
3300 South Parker Road, Suite 400
Aurora CO 80014-3500
EMAIL: bruce.lee@usps.gov

**10. ACO CODE** 4BSCLP

**11. SOLICITATION METHOD**
☐ RFQ
☐ RFP
☐ ORAL

**12. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS CHECKED**
☐ SEE SCHEDULE

**13. DISCOUNT TERMS** See Schedule

**14 SUPPLIER** CODE 000508954
JONES LANG LASALLE AMERICAS INC
Attn: Monique Deririck
33492 TREASURY OFFICE
CHICAGO IL 606943400

TEL: 518.669.6648        FAX:
EMAIL: Monique.Derrick@am.jll.com

**15. BILLING ADDRESS**
SAME AS DELIVERY/PERFORM ADDRESS

**16. REMITTANCE ADDRESS** CODE 00020
JONES LANG LASALLE AMERICAS INC
LASALLE AMERICAS  JLL
200 E RANDOLPH DRIVE
CHICAGO IL 606016519

TEL:        FAX:
EMAIL:

☒ CHECK   ☐ EFT

**17. DELIVERY ADDRESS**
MGR DAKOTA DIST/PURCHASING
2801 S KIWANIS AVE STE 400
PO BOX 7500
SIOUX FALLS SD 57117-7500

TELEPHONE NO:        605-333-2632
DELIVER BY/END DATE:   Multiple

| 18. ITEM NO | 19. SCHEDULE OF SUPPLIES/SERVICES | 20. QUANTITY | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | SNOW REMOVAL SERVICES FOR USPS FACILITIES IN DAKOTAS DISTRICT IN THE WESTERN AREA. THE CONTRACTOR SHALL PROVIDE ALL NECESSARY LABOR, EQUIPMENT, MATERIALS, SUPPLIES AND SUPERVISION TO PROVIDE SNOW REMOVAL AND DEICER SERVICES FOR THE UNITED STATES POSTAL FACILITIES IN THE DAKOTAS DISTRICT IN ACCORDANCE WITH THE STATEMENT OF WORK (SOW) AT ATTACHMENT A AND THE FACILITIES AS SPECIFIED AT ATTACHMENT B. AWARD IS MADE FOR A BASE PERIOD OF 12 MONTHS AND Continued ... | | | | |

| 24. | TOTAL AWARD AMOUNT *(USPS Use Only)* | $321,961.26 |
|---|---|---|

25. ☒ The supplier is required to sign this document and return **1** copies to the issuing office. The supplier agrees, subject to the terms and conditions specified herein, to provide and deliver all items identified above and on any additional sheets.

26. ☐ Award of Contract: Your offer on Solicitation (block 5) is accepted as to items

**27a. SIGNATURE OF SUPPLIER**
*Monique M. Derrick*

**27b. PRINTED NAME AND TITLE OF SUPPLIER**
Monique M. Derrick, S.V.P., Account Manager

**27c. DATE SIGNED**
06.30.17

**28a. UNITED STATES POSTAL SERVICE** *(SIGNATURE OF CONTRACTING OFFICER)*
Digitally signed by Bernice Brown
DN: cn=Bernice Brown, o, ou=Facility Services
CMC email=bernice.brown@usps.gov, c=US

**28b. PRINTED NAME OF CONTRACTING OFFICER**
BERNICE BROWN

**28c. DATE SIGNED**
7/6/2017

PS Form 8203 (March 2007)

**USA_0616**

| CONTRACT/ORDER NO. 4BSCLP-17-B-0329 | AWARD/ EFFECTIVE DATE 07/01/2017 | MASTER/AGENCY CONTRACT NO. | SOLICITATION NO. 4BD-17-A-0014 | SOLICITATION ISSUE DATE 05/02/2017 |

| ITEM NO | SCHEDULE OF SUPPLIES / SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------------------|----------|------|-----------|--------|

FOUR (4) 12-MONTH OPTION PERIODS.

THE OPTION TO RENEW CLAUSE UNDER CLAUSE 2-20 MAY
BE EXERCISED BY THE CONTRACTING OFFICER AT ANY
TIME WITHIN THE PERIOD SPECIFIED IN THE SCHEDULE,
BY GIVING WRITTEN NOTICE TO THE SUPPLIER NO LATER
THAN 30 DAYS BEFORE EXPIRATION DATE OF THE
CONTRACT PROVIDED THAT THE CONTRACTING OFFICER
HAS GIVEN PRELIMINARY NOTICE OF THE POSTAL
SERVICE'S INTENT TO RENEW AT LEAST 30 DAYS BEFORE
THE CONTRACT IS TO EXPIRE. SUCH PRELIMINARY
NOTICE SHALL NOT BE DEEMED TO COMMIT THE POSTAL
SERVICE TO RENEWALS.

CONTRACTOR IS ENCOURAGED TO CONTACT THE
CONTRACTING OFFICER'S REPRESENTATIVE (COR)
REGARDING EXERCISING THE NEXT OPTION BEFORE THIS
CONTRACT EXPIRES.

SEASONAL PERIOD IS IDENTIFIED AS OCTOBER 1 -
APRIL 30 OF PERFORMANCE PERIOD. IF SNOW REMOVAL
SERVICES ARE REQUIRED OUTSIDE THE SEASONAL PERIOD
OF OCTOBER 1 - APRIL 30, AN EQUITABLE ADJUSTMENT
MAY BE NEGOTIATED.

EFFECTIVE DATE AND CONTRACT PERIOD ¿ THIS
CONTRACT SHALL BE EFFECTIVE ON JULY 1, 2017. IN
ACCORDANCE WITH THE CLAUSE AT 2-20, "OPTION TO
RENEW (WITH PRELIMINARY NOTICE" THE CONTRACT MAY
BE EXTENDED FOR THE FOLLOWING PERIODS:

OPTION NUMBER PERIOD
1 07/01/2018 - 06/30/2019
2 07/01/2019 - 06/30/2020
3 07/01/2020 - 06/30/2021
4 07/01/2021 - 06/30/2022

THE USPS RESERVES THE RIGHT TO ADD OR REMOVE USPS
FACILITIES TO THE DISTRICT-WIDE CONTRACT
(GEOGRAPHIC AREA) IN ACCORDANCE WITH THE CHANGES
CLAUSE OF THE CONTRACT IF SUCH ACTION IS
DETERMINED TO BE IN THE BEST INTEREST OF THE
USPS. THE USPS MAY PROCURE THE SERVICES OF
ADDITIONAL CONTRACTORS, IF SUCH ACTION IS
DETERMINED IN THE BEST INTEREST OF THE GOVERNMENT.

PRICING: THIS IS A SEASONAL FIRM FIXED PRICED
Continued ...

USA_0617

| CONTRACT/ORDER NO. 4BSCLP-17-B-0329 | AWARD/ EFFECTIVE DATE 07/01/2017 | MASTER/AGENCY CONTRACT NO. | SOLICITATION NO. 4BD-17-A-0014 | SOLICITATION ISSUE DATE 05/02/2017 |

| ITEM NO | SCHEDULE OF SUPPLIES / SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | RATE FOR THE PERIOD OF THE CONTRACT AND INVOICES ARE TO BE SUBMITTED MONTHLY DURING THE SEASONAL PERIOD ONLY. | | | | |

RATE FOR THE PERIOD OF THE CONTRACT AND INVOICES
ARE TO BE SUBMITTED MONTHLY DURING THE SEASONAL
PERIOD ONLY.

SALT/DEICER IS A COST REIMBURSMENT AND SHALL BE
MADE BASED ON ACTUAL COSTS INCURRED TO THE
CONTRACTOR WITH NO ADDITIONAL FEES ADDED, AND IS
NOT INCLUDED IN THE CONTRACT SEASONAL PRICING.
THE LABOR TO APPLY THE DEICER SHALL BE INCLUDED
IN THE SEASONAL PRICE FOR SNOW REMOVAL SERVICES.

PAYMENT SCHEDULE AND INVOICE SUBMISSION

(1)THE CONTRACTOR SHALL SUBMIT INVOICES AS
FOLLOWS: NOT LATER THAN THE 10TH DAY OF EACH
MONTH, SUBMIT TO THE FACILITY SERVICES CMC TO THE
ADDRESSES LISTED BELOW. TO CONSTITUTE A PROPER
INVOICE, THE INVOICE MUST INCLUDE ALL ITEMS
REQUIRED BY CLAUSE 4-1, GENERAL TERMS AND
CONDITIONS, PARAGRAPH G.

U S POSTAL SERVICE
FACILITIES SERVICES CMC
3300 S PARKER RD., SUITE 400
AURORA, CO 80014-3500

(2)TO ASSIST THE GOVERNMENT IN MAKING TIMELY
PAYMENTS, THE CONTRACTOR IS ALSO REQUESTED TO
INCLUDE ON EACH INVOICE THE FOLLOWING INFORMATION:
(A) THE CONTRACTOR'S NAME, REMIT TO ADDRESS, AND
PHONE NUMBER
(B) UNIQUE INVOICE NUMBER AND INVOICE DATE
(C) A DESCRIPTION OF THE SUPPLIES OR SERVICES AND
THE DATES DELIVERED OR PERFORMED
(D) THE CONTRACT NUMBER AND CORRESPONDING LINE
ITEM NUMBER LISTED ON THIS PURCHASE DOCUMENT
(E) THE POINT OF SHIPMENT OR DELIVERY (POSTAL
FACILITY SERVICED)
(F) QUANTITY, UNIT OF MEASURE, UNIT PRICE(S) AND
EXTENSION(S) OF THE ITEMS DELIVERED
(G) SHIPPING AND PAYMENT TERMS (NET 30 UNLESS
DISCOUNT PROVIDED AT AWARD OF CONTRACT)
(H) ANY ADDITIONAL INFORMATION REQUIRED BY THE
CONTRACT

(3)PAYMENT WILL BE MADE IN ACCORDANCE WITH THE
Continued ...

**USA_0618**

| CONTRACT/ORDER NO. 4BSCLP-17-B-0329 | AWARD/ EFFECTIVE DATE 07/01/2017 | MASTER/AGENCY CONTRACT NO. | SOLICITATION NO. 4BD-17-A-0014 | SOLICITATION ISSUE DATE 05/02/2017 |

| ITEM NO | SCHEDULE OF SUPPLIES / SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------------------|----------|------|-----------|--------|
|  | PROMPT PAYMENT ACT (31 U.S.C. 3903) AND 5 CFR 1315.<br>(4)TAXES. THE CONTRACT PRICE INCLUDES ALL APPLICABLE FEDERAL, STATE, AND LOCAL TAXES AND DUTIES. |  |  |  |  |
|  | INVOICES NOT IN COMPLIANCE MAY RESULT IN DELAYED PAYMENT. |  |  |  |  |
|  | CALL ACCOUNTING HELP LINE 1-866-974-2733 FOR ASSISTANCE REGARDING ANY MISSING PAYMENTS. YOU MAY NEED TO ENTER YOUR EMPLOYER IDENTIFICATION NUMBER, TAXPAYER ID OR SOCIAL SECURITY NUMBER. |  |  |  |  |
|  | THE SERVICE CONTRACT ACT APPLIES TO THIS CONTRACT. ALL WAGE DETERMINATIONS FOR THE DISTRICT ARE LISTED IN ATTACHMENT C. THE WAGE DETERMINATION MAY BE VIEWED AT HTTP://WWW.WDOL.GOV/SCA.ASPX |  |  |  |  |
|  | SUPPLIERS SHALL FURNISH THE POSTAL SERVICE WITH CERTIFICATES OF INSURANCE AND WITH ORIGINAL ENDORSEMENTS AFFECTING COVERAGE REQUIRED BY CLAUSE 7-4, INSURANCE. THE CERTIFICATE SHALL INCLUDE THE CONTRACT NUMBER ASSIGNED BY THE POSTAL SERVICE IN THE DESCRIPTION OF OPERATIONS BLOCK OR OTHER LOCATION VISIBLE ON THE FORM AND THE NAME AND ADDRESS OF THE FACILITY(S) WHERE THE SERVICES ARE TO BE PERFORMED MUST BE LISTED IN THE CERTIFICATE HOLDER BOX. THESE CERTIFICATES AND ENDORSEMENTS FOR EACH INSURANCE POLICY ARE TO BE SIGNED BY A PERSON AUTHORIZED BY THE INSURER TO BIND COVERAGE ON ITS BEHALF.<br>Sub Rept Req'd: N Payment Terms: NET30<br>Accounting Info:<br>BFN: 467869<br>Period of Performance: 07/01/2017 to 06/30/2018 |  |  |  |  |
| 1 | BASE PERIOD: DAKOTAS DISTRICT.<br>SNOW REMOVAL SERVICES FOR THE FACILITIES LISTED AT ATTACHMENT B IN ACCORDANCE WITH THE SOW AT ATTACHMENT A FOR SEASONAL PERIOD OCTOBER - APRIL. ADDITIONAL SITES MAY BE ADDED OR REMOVED ACCORDING TO THE CHANGES CLAUSE. |  |  |  | 229,961.26 |
|  | THIS IS A SEASONAL FIRM FIXED PRICED RATE FOR THE PERIOD OF THE CONTRACT AS STATED AT ATTACHMENT B.<br>Continued ... |  |  |  |  |

**USA_0619**

| CONTRACT/ORDER NO. | AWARD/ EFFECTIVE DATE | MASTER/AGENCY CONTRACT NO. | SOLICITATION NO. | SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| 4BSCLP-17-B-0329 | 07/01/2017 | | 4BD-17-A-0014 | 05/02/2017 |

| ITEM NO | SCHEDULE OF SUPPLIES / SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | Account Number: 52313 | | | | |
| | Delivery: 06/30/2018 | | | | |
| | FOB: Destination | | | | |
| 2 | DAKOTAS DISTRICT. HAULING AND DEICING SERVICES | | | | 92,000.00 |
| | HAULING SERVICE WILL BE CHARGED IN HOURLY RATE OF FEES LISTED BELOW PER EQUIPMENT INCLUDING OPERATOR. | | | | |
| | LOADER (3 YD): $168.00 | | | | |
| | BACKHOE(2 YD): $151.20 | | | | |
| | BOBCAT (1 YD): $128.80 | | | | |
| | DUMP TRUCK: $140.00 | | | | |
| | DUMP TRUCK/TRAILER: $140.00 | | | | |
| | SKID STEER: $140.00 | | | | |
| | DUMP FEE(PER LOAD): PASS THROUGH OF ANY LOCAL COSTS | | | | |
| | PRICING SCHEDULE FOR SALT/DEICER AT ATTACHMENT D SALT/DEICER IS A COST REIMBURSMENT AND SHALL BE MADE BASED ON ACTUAL COSTS INCURRED TO THE CONTRACTOR WITH NO ADDITIONAL FEES ADDED, AND IS NOT INCLUDED IN THE CONTRACT PRICING. THE LABOR TO APPLY THE DEICER SHALL BE INCLUDED IN THE SEASONAL PRICE FOR SNOW REMOVAL SERVICES. | | | | |
| | Account Number: 52313 | | | | |
| | Delivery: 06/30/2018 | | | | |
| | FOB: Destination | | | | |
| 1001 | OPTION 1 PERIOD: DAKOTAS DISTRICT. SNOW REMOVAL SERVICES FOR THE FACILITIES LISTED AT ATTACHMENT B IN ACCORDANCE WITH THE SOW AT ATTACHMENT A FOR SEASONAL PERIOD OCTOBER - APRIL.  ADDITIONAL SITES MAY BE ADDED OR REMOVED ACCORDING TO THE CHANGES CLAUSE. | | | | 0.00 |
| | Account Number: 52313 | | | | |
| | Amount: $229,961.26(Option Line Item) | | | | |
| | 04/30/2018 | | | | |
| | FOB: Destination | | | | |
| 2001 | OPTION 2 PERIOD: DAKOTAS DISTRICT. SNOW REMOVAL SERVICES FOR THE FACILITIES LISTED AT ATTACHMENT B IN ACCORDANCE WITH THE SOW AT ATTACHMENT A FOR Continued ... | | | | 0.00 |

PS Form 8203 (March 2007)

**USA_0620**

| ITEM NO | SCHEDULE OF SUPPLIES / SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------------------|----------|------|-----------|--------|
| | SEASONAL PERIOD OCTOBER - APRIL.  ADDITIONAL SITES MAY BE ADDED OR REMOVED ACCORDING TO THE CHANGES CLAUSE. Account Number: 52313 Amount: $229,961.26(Option Line Item) 04/30/2019 FOB: Destination | | | | |
| 3001 | OPTION 3 PERIOD: DAKOTAS DISTRICT. SNOW REMOVAL SERVICES FOR THE FACILITIES LISTED AT ATTACHMENT B IN ACCORDANCE WITH THE SOW AT ATTACHMENT A FOR SEASONAL PERIOD OCTOBER - APRIL.  ADDITIONAL SITES MAY BE ADDED OR REMOVED ACCORDING TO THE CHANGES CLAUSE. Account Number: 52313 Amount: $229,961.26(Option Line Item) 04/30/2020 FOB: Destination | | | | 0.00 |
| 4001 | OPTION 4 PERIOD: DAKOTAS DISTRICT. SNOW REMOVAL SERVICES FOR THE FACILITIES LISTED AT ATTACHMENT B IN ACCORDANCE WITH THE SOW AT ATTACHMENT A FOR SEASONAL PERIOD OCTOBER - APRIL.  ADDITIONAL SITES MAY BE ADDED OR REMOVED ACCORDING TO THE CHANGES CLAUSE. Account Number: 52313 Amount: $229,961.26(Option Line Item) 04/30/2021 FOB: Destination The total amount of award: $1,241,806.30. The total amount for this award is shown in box 24. | | | | 0.00 |

**USA_0621**

1 - PART 1 - COVER SHEET ........................................................................................2
    INVOICE STATEMENT ........................................................................................2
    PRIVACY ACT STATEMENT ................................................................................2
3 - PART 3 - CONTRACT CLAUSES ...........................................................................3
4 - PART 4 - LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS ..............14
    LIST OF ATTACHMENTS ..................................................................................14
    Attachment A - Performance Work Statement (PWS)..........................................14
    Attachment B - Facility Information and Pricing.................................................14
    Attachment C - Wage Determination ...............................................................14

# 1 - PART 1 - COVER SHEET

## *INVOICE STATEMENT*

All invoices MUST reference the Award Number and corresponding line item number listed on this purchase document.  Invoices not in compliance may result in delayed payment.

Invoices that do not include the Supplier's Name as stated on the original award document or latest modification will be returned.

All payments for this award and related orders will be transmitted or sent to the Remittance Address on the Award document or latest modification, regardless of any Remittance Address on the invoice. The Supplier must notify the Contracting Officer of any change to the Supplier name and/or Remittance Address.

## *PRIVACY ACT STATEMENT*

To the extent that the information you provide is about an individual, the Privacy Act will apply.  Collection of that information is authorized by 39 USC § 401.  As a routine use, the information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits, or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security, or suitability investigations, contracts, licenses, grants, or other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; to a labor organization as required by the National Labor Relations Act; to a federal, state or local agency, financial institution or other appropriate entity for the purpose of verifying an individual's or entity's eligibility or suitability for engaging in a transaction.  In addition, the following disclosures may be made to any person: a solicitation mailing list when a purchase is highly competitive and competitions will not be harmed by release, or to provide an opportunity for potential subcontractors seeking business; a list of lessors of real or personal property to the Postal Service; a list of entities with whom the Postal Service transacts for goods or services, interests in real property, construction, financial instruments, or intellectual property; and the identity of the successful offeror.  Completion of this form is voluntary; however, if this information is not provided, we will be unable to process your request.

# 3 - PART 3 - CONTRACT CLAUSES

## CLAUSE B-3 CONTRACT TYPE (MARCH 2006)

This is a Firm-Fixed Price contract.

## CLAUSE B-22 INTEREST (MARCH 2006)

The Postal Service will pay interest on late payments and unearned prompt payment discounts in accordance with the Prompt Payment Act, 31 U.S.C. 3901 et seq., as amended by the Prompt Payment Act Amendments of 1988, P.L. 100-496.

## CLAUSE B-25 ADVERTISING OF CONTRACT AWARDS (FEBRUARY 2013)

Except with the contracting officer's prior approval, the supplier agrees not to refer in its public statements or commercial advertising to the fact that it was awarded a Postal Service contract or to imply in any manner that the Postal Service endorses its products.

## CLAUSE B-26 PROTECTION OF POSTAL SERVICE BUILDINGS, EQUIPMENT, AND VEGETATION (MARCH 2006)

The supplier must use reasonable care to avoid damaging buildings, equipment, and vegetation (such as trees, shrubs, and grass) on the Postal Service installation. If the supplier fails to do so and damages any buildings, equipment, or vegetation, the supplier must replace or repair the damage at no expense to the Postal Service, as directed by the contracting officer. If the supplier fails or refuses to make repair or replacement, the supplier will be liable for the cost of repair or replacement, which may be deducted from the contract price.

## CLAUSE B-39 INDEMNIFICATION (MARCH 2006)

The supplier must save harmless and indemnify the Postal Service and its officers, agents, representatives, and employees from all claims, losses, damage, actions, causes of action, expenses, and/or liability resulting from, brought for, or on account of any personal injury or property damage received or sustained by any person, persons or property growing out of, occurring, or attributable to any work performed under or related to this contract, resulting in whole or in part from negligent acts or omissions of the supplier, any subcontractor, or any employee, agent, or representative of the supplier or any subcontractor.

## CLAUSE B-78 RENEWAL (MARCH 2006)

This contract may be renewed by mutual agreement of the parties.

## CLAUSE 1-11 PROHIBITION AGAINST CONTRACTING WITH FORMER OFFICERS OR PCES EXECUTIVES (MARCH 2006)

During the performance of this contract, former Postal officers or Postal Career Executive Service (PCES) executives are prohibited from employment by the contractor as key personnel, experts or consultants, if such individuals, within 1 year after their retirement from the Postal Service, would be performing substantially the same duties as they performed during their career with the Postal Service.

## CLAUSE 1-12 USE OF FORMER POSTAL SERVICE EMPLOYEES (MARCH 2006)

During the term of this contract, the supplier must identify any former Postal Service employees it proposes to be engaged, directly or indirectly, in contract performance. Such individuals may not commence performance without the contracting officer's prior approval. If the contracting officer does not provide such approval, the supplier must replace the proposed individual former employee with another individual equally qualified to provide the services called for in the contract.

## CLAUSE 2-1 INSPECTION AND ACCEPTANCE (MARCH 2006)

a. The supplier must be able to demonstrate that the supplies and services being provided conform to contract requirements. The Postal Service may require correction of defects and nonconformance at no cost to the Postal Service. If the supplier fails or refuses to correct the defects or nonconformance the Postal Service may, in addition to any other remedies provided by this contract:

(1) Acquire replacement supplies or services from other sources at the supplier's expense; or

(2) Accept the supplies or services at a reduced price.

b. The Postal Service may revoke acceptance if nonconforming performance is accepted:

(1) because it has not been discovered before acceptance, as a result of the difficulty of discovery or because of the supplier' assurances, or

(2) on the basis of a reasonable assumption that it would be cured.

c. The Postal Service has the same rights and duties upon revocation as upon rejection. Revocation of acceptance must occur within a reasonable time after the contracting officer discovers the deficiency.

d. The Postal Service, at its option, may at any stage in the performance of this contract, monitor the supplier's activities and efforts in performing the contract, to assure itself that contract requirements are being met. Such Postal Service oversight in no way relieves the supplier from its responsibility to perform in accordance with contract requirements.

## CLAUSE 2-19 OPTION TO EXTEND (SERVICES CONTRACT) (MARCH 2006)

The Postal Service may require the supplier to continue to perform any or all items of services under this contract within the limits stated in the Schedule. The contracting officer may exercise this option, at any time within the period specified in the Schedule, by giving written notice to the supplier. The rates set forth in the Schedule will apply to any extension made under this option clause.

## CLAUSE 4-1 GENERAL TERMS AND CONDITIONS (JULY 2007)

a. Inspection and Acceptance. The supplier will only tender for acceptance those items that conform to the requirements of this contract. The Postal Service reserves the right to inspect or test supplies or services that have been tendered for acceptance. The Postal Service may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. The Postal Service must exercise its post acceptance rights (1) within a reasonable period of time after the defect was discovered or should have been discovered and (2) before any substantial change occurs in the condition of the items, unless the change is due to the defect in the item.

b. Assignment. If this contract provides for payments aggregating $10,000 or more, claims for monies due or to become due from the Postal Service under it may be assigned to a bank, trust company, or other financing institution, including any federal lending agency, and may thereafter be further assigned and reassigned to any such institution. Any assignment or reassignment must cover all amounts payable and must not be made to more than one party, except that assignment or reassignment may be made to one party as agent or trustee for two or more parties participating in financing this contract. No assignment or reassignment will be recognized as valid and binding upon the Postal Service unless a written notice of the assignment or reassignment, together with a true copy of the instrument of assignment, is filed with:

(1) The contracting officer;

(2) The surety or sureties upon any bond; and

(3) The office, if any, designated to make payment, and the contracting officer has acknowledged the assignment in writing.

(4) Assignment of this contract or any interest in this contract other than in accordance with the provisions of this clause will be grounds for termination of the contract for default at the option of the Postal Service.

c. Changes

(1) The contracting officer may, in writing, without notice to any sureties, order changes within the general scope of this contract in the following:

(a) Drawings, designs, or specifications when supplies to be furnished are to be specially manufactured for the Postal Service in accordance with them;

(b) Statement of work or description of services;

(c) Method of shipment or packing;

(d) Places of delivery of supplies or performance of services;

(e) Delivery or performance schedule;

(f) Postal Service furnished property or facilities.

(2) Any other written or oral order (including direction, instruction, interpretation, or determination) from the contracting officer that causes a change will be treated as a change order under this paragraph, provided that the supplier gives the contracting officer written notice stating (a) the date, circumstances, and source of the order and (b) that the supplier regards the order as a change order.

(3) If any such change affects the cost of performance or the delivery schedule, the contract will be modified to effect an equitable adjustment.

(4) The supplier's claim for equitable adjustment must be asserted within 30 days of receiving a written change order. A later claim may be acted upon - but not after final payment under this contract - if the contracting officer decides that the facts justify such action.

(5) Failure to agree to any adjustment is a dispute under Clause B-9, Claims and Disputes, which is incorporated into this contract by reference (see paragraph s). Nothing in that clause excuses the supplier from proceeding with the contract as changed.

d. Reserved

e. Reserved

f. Reserved

g. Invoices

(1) The supplier's invoices must be submitted before payment can be made. The supplier agrees that submission of an invoice to the Postal Service for payment is a certification that:

(a) Any services being billed for have been performed in accordance with the contract requirements; and

(b) Any supplies for which the Postal Service is being billed have been shipped or delivered in accordance with the instructions issued by the contracting officer and that the supplies are in the quantity and of the quality designated in the contract.

(2) To ensure prompt payment, an original invoice (or electronic invoice, if authorized) must be submitted to the address designated in the contract to receive invoices for each destination and shipment. An invoice must contain:

(a) The supplier's name, remit to address (including ZIP+4) and phone number;

(b) Unique invoice number and invoice date;

(c) Any applicable task or delivery order number;

(d) A description of the supplies or services and the dates delivered or performed;

(e) The point of shipment or delivery;

(f) Quantity, unit of measure, unit price(s) and extension(s) of the items delivered;

(g) Shipping and payment terms, including GBL number if applicable; and

(h) Any additional information required by the contract.

h. Patent Indemnity. The supplier will indemnify the Postal Service and its officers, employees and agents against liability, including costs for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark, or copyright, arising out of the performance of this contract, provided the supplier is reasonably notified of such claims and proceedings.

i. Payment

(1) Payment will be made for items accepted by the Postal Service that have been delivered to the delivery destinations set forth in this contract. The Postal Service will make payment in accordance

with the Prompt Payment Act (31 U.S.C. 3903) and 5 CFR 1315. Payments under this contract may be made by the Postal Service either by electronic funds transfer (EFT), check, or government credit card at the option of the Postal Service. When the EFT payment method is selected, the Postal Service will provide the supplier with Form 3881, Supplier's Electronic Funds Transfer Enrollment Form, at contract award. The supplier must complete the form and submit it to the designated Postal Accounting Service Center to ensure the proper routing of payments.

2) In conjunction with any discount offered for early payment, time will be computed from the date of the invoice. For purposes of computing the discount earned, payment will be considered to have been made on the date which appears on the payment check or the date on which an electronic funds transfer was made.

j. Risk of Loss. Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract will remain with the supplier until, and will pass to the Postal Service upon:

1) Delivery of the supplies to a carrier, if transportation is f.o.b. origin, or;

2) Delivery of the supplies to the Postal Service at the destination specified in the contract, if transportation is f.o.b. destination.

k. Taxes. The contract price includes all applicable federal, state, and local taxes and duties.

l. Termination for the Postal Service's Convenience. The Postal Service reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the supplier must immediately stop all work and must immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the supplier will be paid a percentage of the work performed prior to the notice of termination, plus reasonable charges the supplier can demonstrate to the satisfaction of the Postal Service using its standard record keeping system, have resulted from the termination. The supplier will not be paid for any work performed or costs incurred which reasonable could have been avoided.

m. Termination for Default. The Postal Service may terminate this contract, or any part hereof, for default by the supplier, or if the supplier fails to provide the Postal Service, upon request, with adequate assurances of future performance. In the event of termination for default, the Postal Service will not be liable to the supplier for any amount for supplies or services not accepted, and the supplier will be liable to the Postal Service for any and all rights and remedies provided by law. The debarment, suspension, or ineligibility of the supplier, its partners, officers, or principal owners under the Postal Service's procedures (see 39 CFR Part 601) may constitute an act of default under this contract, and such act will not be subject to notice and cure pursuant to any termination of default provision of this contract. If it is determined that the Postal Service improperly terminated this contract for default, such termination will be deemed a termination for convenience.

n. Title. Unless specified elsewhere in this contract, title to items furnished under this contract will pass to the Postal Service upon acceptance, regardless of when or where the Postal Service takes physical possession.

o. Warranty. The supplier warrants and implies that the items delivered under this contract are merchantable and fit for the use for the particular purpose described in this contract.

p. Limitation of Liability. Except as otherwise provided by an express or implied warranty, the supplier will not be liable to the Postal Service for consequential damages resulting from any defect or deficiencies in accepted items.

q. Other Compliance Requirements. The supplier will comply with all applicable Federal, State, and local laws, executive orders, rules and regulations applicable to its performance under this contract.

r. Order of Precedence. Any inconsistencies in this solicitation or contract will be resolved by giving precedence in the following order; (1) the schedule of supplies and services; (2) the Assignment, Disputes, Payments, Invoice, Other Compliances and Compliance with Laws Unique to the Postal Service Contracts paragraphs of this clause; (3) the clause at 4-2 Contract Terms and Conditions Required to Implement Policies, Statutes or Executive Orders; (4) addenda to this solicitation or contract, including any license agreements for computer software; (5) solicitation provisions if this is a solicitation; (6) other paragraphs of this clause; (7) Form 8203; (8) other documents, exhibits, and attachments, and (9) the specifications.

s. Incorporation by Reference. Wherever in this solicitation or contract a standard provision or clause is incorporated by reference, the incorporated term is identified by its title, the provision or clause number assigned to it in the Postal Service Supplying Practices and its date. The text of incorporated terms may be found at http://about.usps.com/manuals/spp/spp.pdf.

The following clauses are incorporated in this contract by reference:

1) B-1, Definitions

2) B-9, Claims and Disputes

3) B-15, Notice of Delay

4) B-16, Suspensions and Delays

5) B-19, Excusable Delays

6) B-30, Permits and Responsibilities

t. Shipping. The supplier must deliver goods that meet the prescribed physical limitations of the current U.S. Postal Service Domestic Mail Manual either by its own personnel/equipment or by use of the United States Postal Service, unless the contracting officer grants a waiver of this requirement. The supplier is responsible for ensuring that the packing and packaging are sufficient to protect the goods and ensure usability upon receipt.

## CLAUSE 4-2 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT POLICIES, STATUTES OR EXECUTIVE ORDERS (JULY 2014)

a. Incorporation by Reference:

1. Wherever in this solicitation or contract a standard provision or clause is incorporated by reference, the incorporated term is identified by its title, the provision or clause number assigned to it, in the Postal Service Supplying Practices, and its date. The text of incorporated terms may be found at http://about.usps.com/manuals/spp/spp.pdf. The following clauses are incorporated in this contract by reference:

(1) Clause B-9, Claims and Disputes

(2) Clause B-25, Advertising of Contract Awards

(3) Clause 1-5, Gratuities or Gifts

(4) Clause 7-10, Sustainability

(5) Clause 9-1, Convict Labor

(6) Clause 9-5, Contract Work Hours and Safety Standards Act - Safety Standards

2. If checked, the following additional clauses are also incorporated in this contract by reference: (contracting officer will check as appropriate.)

[] (1) Clause 1-1, Privacy Protection

X (2) Clause 1-6, Contingent Fees

[] (3) Clause 1-9, Preference for Domestic Supplies

[] (4) Clause 1-10, Preference for Domestic Construction Materials

[X] (5) Clause 3-1, Small, Minority, and Woman-owned Business Subcontracting Requirements

[X] (6) Clause 3-2, Participation of Small, Minority, and Woman-owned Businesses

[] (7) Clause 9-2, Contract Work Hours and Safety Standards Act - Overtime Compensation

[] (8) Clause 9-3, Davis-Bacon Act

[] (9) Clause 9-6, Walsh-Healey Public Contracts Act

X (10) Clause 9-7, Equal Opportunity

X (11) Clause 9-10, Service Contract Act

[] (12) Clause 9-11, Service Contract Act - Short Form

X (13) Clause 9-12, Fair Labor Standards Acts and Services Contract Act - Price Adjustments

[] (14) Clause 9-13, Affirmative Action for Handicapped Workers

X (15) Clause 9-14, Affirmative Action for Disabled Veterans and Veterans of the Vietnam Era

b. Examination of Records:

1. Records - "Records" includes books, documents, accounting procedures and practices, and other data, regardless of type and regardless of whether such items are in written form, in the form of computer data, or in any other form.

2. Examination of Costs - If this is a cost-type contract, the supplier must maintain, and the Postal Service will have the right to examine and audit all records and other evidence sufficient to reflect properly all costs claimed to have been incurred or anticipated to be incurred directly or indirectly in

USA_0630

performance of this contract. This right of examination includes inspection at all reasonable times of the supplier's plants, or parts of them, engaged in the performance of this contract.

3. Cost or Pricing Data - If the supplier is required to submit cost or pricing data in connection with any pricing action relating to this contract, the Postal Service, in order to evaluate the accuracy, completeness, and currency of the cost or pricing data, will have the right to examine and audit all of the supplier's records, including computations and projections, related to:

a. The proposal for the contract, subcontract, or modification;

b. The discussions conducted on the proposal(s), including those related to negotiating;

c. Pricing of the contract, subcontract, or modification; or

d. Performance of the contract, subcontract or modification.

4. Reports - If the supplier is required to furnish cost, funding or performance reports, the contracting officer or any authorized representative of the Postal Service will have the right to examine and audit the supporting records and materials, for the purposes of evaluating:

a. The effectiveness of the supplier's policies and procedures to produce data compatible with the objectives of these reports; and

b. The data reported.

5. Availability - The supplier must maintain and make available at its office at all reasonable times the records, materials, and other evidence described in (b)(1)-(4) of this clause, for examination, audit, or reproduction, until three years after final payment under this contract or any longer period required by statute or other clauses in this contract. In addition:

a. If this contract is completely or partially terminated, the supplier must make available the records related to the work terminated until three years after any resulting final termination settlement; and

b. The supplier must make available records relating to appeals under the claims and disputes clause or to litigation or the settlement of claims arising under or related to this contract. Such records must be made available until such appeals, litigation or claims are finally resolved.

Note: (Note to contracting officers: Any contemplated changes to this paragraph (b.) may not be made before (1) consulting with assigned counsel and the Office of the Inspector General and (2) a deviation has been reviewed and approved by a higher level than the contracting officer who holds deviation approval authority.

c. Payment Offsets:

As required by 31 U.S.C. 3716, the Postal Service participates in the Treasury Offset Program of the Department of Treasury's Financial Management Service. Payments under this contract are subject to offset in whole or in part to for the supplier's delinquent tax and non-tax debts owed to the United States and the states and for delinquent child support payments. Suppliers with questions concerning a payment offset should contact the Treasury Offset Program call center at: 1(800) 304-3107.

## CLAUSE 4-8 KEY PERSONNEL (MARCH 2006)

a. To the extent that the statement of work provides for services to be performed by key personnel, those services must be performed by the personnel identified in the supplier's proposal to perform them unless substitutes have been approved in writing by the contracting officer. Use of junior personnel, even under key personnel supervision (for example, associates or student workers), is not authorized unless they are identified in the supplier's proposal by name or position, with a description of their duties.

b. This agreement may be terminated if the key personnel named in the supplier's proposal become unavailable for any reason. If the unavailability of key personnel is not the fault of the supplier, the contracting officer may terminate by giving notice of termination. The supplier will be paid for service performed up to the date of termination. If the contracting officer finds that the supplier is at fault for the unavailability of key personnel, the agreement may be terminated for default.

## CLAUSE 6-1 CONTRACTING OFFICER'S REPRESENTATIVE (MARCH 2006)

The contracting officer will appoint a contracting officer's representative (COR), responsible for the day-to-day administration of the contract, who will serve as the Postal Service's point of contact with the supplier on all routine matters. A copy of the notice of appointment defining the COR's authority will be furnished to the supplier upon award of the contract.

## CLAUSE 7-4 INSURANCE (MARCH 2006)

a. During the term of this contract and any extension, the supplier must maintain at its own expense the insurance required by this clause. Insurance companies must be acceptable to the Postal Service. Policies must include all terms and provisions required by the Postal Service.

b. The supplier must maintain and furnish evidence of workers' compensation, employers' liability insurance, and the following general public liability and automobile liability insurance:

General Liability

Bodily Injury Property Damage

$100,000 per person* Per occurrence (as set forth in the Schedule)

$500,000 per accident* Aggregate (as set forth in the Schedule)

Automobile Liability

Bodily Injury Property Damage

$100,000 per person* $100,000 per occurrence

$500,000 per accident* $100,000 aggregate*

*Unless modified in the Schedule

c. Each policy must include substantially the following provision: "It is a condition of this policy that the company furnish written notice to the U.S. Postal Service 30 days in advance of the effective date of any reduction in or cancellation of this policy."

d. The supplier must furnish a certificate of insurance or, if required by the contracting officer, true copies of liability policies and manually countersigned endorsements of any changes. Insurance must be effective, and evidence of acceptable insurance furnished, before beginning performance under this contract. Evidence of renewal must be furnished not later than 5 days before a policy expires.

e. The maintenance of insurance coverage as required by this clause is a continuing obligation, and the lapse or termination of insurance coverage without replacement coverage being obtained will be ground for termination for default.

## CLAUSE 2-20 OPTION TO RENEW (WITH PRELIMINARY NOTICE) (MARCH 2006) (MODIFIED)

This contract is renewable, at the option of the Postal Service, by the contracting officer giving written notice of renewal to the supplier within the period specified in the Schedule; provided that, the contracting officer will have given preliminary notice of the Postal Service's intent to renew at least 30 days before this contract is to expire (such a preliminary notice will not be deemed to commit the

Postal Service to renewals). If the Postal Service exercises this option for renewal, the contract as renewed includes this option clause. The duration of this contract, including renewals, may not exceed the time limit set forth in the Schedule.

# 4 - PART 4 - LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS

*LIST OF ATTACHMENTS*

**Snow Removal Services - Dakotas District**

| Attachment Number | Title | Number of Pages |
|---|---|---|

*Attachment A – Statement of Work (SOW)*

*Attachment B - Facility Information and Pricing*

*Attachment C - Wage Determination*

*Attachment D – Deicing Materials with Pricing*

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | 1. CONTRACT ID CODE | PAGE | OF |
|---|---|---|---|
| | | 1 | 4 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ.NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 006 | 12/18/2018 | 25414656 | |

| 6. ISSUED BY | CODE | 4BWFST |
|---|---|---|

JOSE M. NEGRON
Western Facility Services
Facility Services CMC
United States Postal Service
3300 South Parker Road, Suite 400
Aurora CO 80014-3500
(303) 743-1355

| 7. ADMINISTERED BY (If other than Item 6) | CODE | 4BWFST |
|---|---|---|

Western Facility Services
Facility Services CMC
United States Postal Service
3300 South Parker Road, Suite 400
Aurora CO 80014-3500

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | |
|---|---|

JONES LANG LASALLE AMERICAS INC
Attn: Monique Derrick
33492 TREASURY OFFICE
CHICAGO IL 606943400

| (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | 9B. DATED (SEE ITEM 11) |
| x | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | 4BSCLP-17-B-0329 |
| | 10B. DATED (SEE ITEM 13) |
| | 06/30/2017 |

| SUPPLIER CODE | 000508954 | FACILITY CODE | |
|---|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐

    ☐ is extended,    ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended , by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (B) acknowledging receipt of this amendment on each copy of the offer submitted ; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment number. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER If by virtue of this amendment you desire to change an offer already submitted , such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | |
|---|---|
| See Schedule | Net Increase: $46,921.22 |

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.  IT  MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (x) | |
|---|---|
| ☐ | A. THIS CHANGE BY CLAUSE IS ISSUED PURSUANT TO: (Specify clause)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14. |
| ☒ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO THE AUTHORITY OF: THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.<br>Clause 4-1(c) General Terms and Conditions . Changes Clause 4-2(a)(2)(13) Clause 9-12 FLSA |
| ☐ | D. OTHER (such as no cost change/cancellation, termination, etc.) (Specify type of modification and authority) : THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A |

| E. IMPORTANT: | Contractor | ☐ is not, | ☒ is required to sign this document and return | 1 | copies to the issuing office. |
|---|---|---|---|---|---|

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SNOW SERVICES FOR DAKOTA DISTRICT JONES LANG LASALLE AMERICAS INC

SNOW REMOVAL SERVICES FOR USPS FACILITIES IN DAKOTA DISTRICT IN THE WESTERN AREA.

The purpose of this modification:

1. Add 3 additional sites.
2. Changed Payment method to eInvoicing

INVOICE STATEMENT
All invoices MUST reference the Award Number and corresponding line item number listed on
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9 A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME  AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | BERNICE BROWN |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. CONTRACT AUTHORITY | 16C. DATE SIGNED |
|---|---|---|---|
| _____ | | _____ | |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

**USA_0635**

| CONTRACT/ORDER NO.<br>4BSCLP-17-B-0329/006 | AWARD/<br>EFFECTIVE DATE<br>12/18/2018 | MASTER/AGENCY CONTRACT NO | SOLICITATION NO. | SOLICITATION<br>ISSUE DATE |
| --- | --- | --- | --- | --- |

| ITEM NO. | SCHEDULE OF SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- |

this purchase document. Invoices not in
compliance may result in delayed payment.
Invoices that do not include the Supplier's Name
as stated on the original award document or
latest modification will be returned.
All payments for this award and related orders
will be submit to the Facility Services CMC via
the USPS Electronic Invoicing Portal at
https://einvoice.usps.com.

8203:
Payment schedule and invoice submission:
1) The contractor shall submit invoices not later
than the 10th day of each month, submit to the
Facility Services CMC via the USPS Electronic
Invoicing Portal at https://einvoice.usps.com.
2) The invoice must include all items required by
Clause 4-1, General Terms and Conditions,
paragraph G. To assist the USPS in making timely
payments, the
invoice should include on each invoice the
following information: (a) The contractor's name,
remit to address, and phone number (b) Unique
invoice number and invoice date (c) A description
of the supplies or services and the dates
delivered or performed; (d) The point of shipment
or delivery (Postal Facility serviced)(e)
Quantity, unit of measure, unit price(s) and
extension(s) of the items delivered (f) Any
additional information required by the contract
Payment will be made in accordance with the
Prompt Payment Act (31 U.S.C. 3903) and 5 CFR
1315. Call accounting help line 1-866-974-2733
for assistance regarding any missing payments.
You may need to enter your employer
identification number, taxpayer ID or Social
Security Number.

As a result of this modification, the obligated
amount of the contract is hereby changed from
$996,284.89 read as $1,043,206.11 for an increase
of $46,921.22.

The following Service Contract Act Wage
Determinations are hereby incorporated in the
contract: WD 15-4955 (Rev 6) 1-10-18, WD 15-5009
(Rev 6) 1-10-18
Continued ...

**USA_0636**

| CONTRACT/ORDER NO.<br>4BSCLP-17-B-0329/006 | AWARD/<br>EFFECTIVE DATE<br>12/18/2018 | MASTER/AGENCY CONTRACT NO | SOLICITATION NO. | SOLICITATION<br>ISSUE DATE |
|---|---|---|---|---|

| ITEM NO. | SCHEDULE OF SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | The Vendor shall notify the Contracting Officer of any increase claimed under this new wage determination within 30 days of this modification.<br>Suppliers shall furnish the Postal Service with certificates of insurance and with original endorsements affecting coverage required by Clause 7-4, Insurance. The certificate shall include the contract number assigned by the Postal Service in the Description of Operations block or other location visible on the form. These certificates and endorsements for each insurance policy are to be signed by a person authorized by the insurer to bind coverage on its behalf.<br><br>All other terms and conditions remain unchanged<br>Sub Rept Req'd: N Payment Terms: NET30<br>Discount Terms:<br>        See Schedule<br>FOB: Destination<br>Period of Performance: 07/01/2017 to 06/30/2019<br><br>Change Item 2 to read as follows: | | | | |
| 2 | DAKOTAS DISTRICT. HAULING AND DEICING SERVICES<br><br>HAULING SERVICE WILL BE CHARGED IN HOURLY RATE OF FEES LISTED BELOW PER EQUIPMENT INCLUDING OPERATOR.<br><br>LOADER (3 YD): $168.00<br>BACKHOE(2 YD): $151.20<br>BOBCAT (1 YD): $128.80<br>DUMP TRUCK: $140.00<br>DUMP TRUCK/TRAILER: $140.00<br>SKID STEER: $140.00<br>DUMP FEE(PER LOAD): PASS THROUGH OF ANY LOCAL COSTS<br><br>PRICING SCHEDULE FOR SALT/DEICER AT ATTACHMENT D SALT/DEICER IS A COST REIMBURSMENT AND SHALL BE MADE BASED ON ACTUAL COSTS INCURRED TO THE CONTRACTOR WITH NO ADDITIONAL FEES ADDED, AND IS NOT INCLUDED IN THE CONTRACT PRICING. THE LABOR TO APPLY THE DEICER SHALL BE INCLUDED IN THE Continued ... | | | | 7,820.20 |

**USA_0637**

| ITEM NO. | SCHEDULE OF SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| | SEASONAL PRICE FOR SNOW REMOVAL SERVICES. Account Number: 52313 | | | | |
| | Accounting Info: BFN: 467869 Funded: $0.00 Accounting Info: BFN: 079904 Funded: $7,820.20 | | | | |
| | Change Item 1001 to read as follows: | | | | |
| 1001 | OPTION 1 PERIOD: DAKOTAS DISTRICT. SNOW REMOVAL SERVICES FOR THE FACILITIES LISTED AT ATTACHMENT B IN ACCORDANCE WITH THE SOW AT ATTACHMENT A FOR SEASONAL PERIOD OCTOBER - APRIL.  ADDITIONAL SITES MAY BE ADDED OR REMOVED ACCORDING TO THE CHANGES CLAUSE. Account Number: 52313 | | | | 39,101.02 |
| | Accounting Info: BFN: 467869 Funded: $0.00 Accounting Info: BFN: 079904 Funded: $39,101.02 | | | | |

**ATTACHMENT A**
**STATEMENT OF WORK (SOW)**
**SNOW REMOVAL SERVICES**

## A.1  Scope of Work

The Contractor shall be required to provide all management, tools, supplies, equipment, vehicles and labor necessary to perform the required service for all facilities listed at Attachment B. The intent of this contract is to combat adverse weather conditions in a comprehensive, proactive, and orderly manner that results in a high level of quality and safety for the USPS.

### A.1.1  General Requirements

**A.1.1.1**  The Contractor shall maintain the assigned facilities free from all hazardous conditions that may develop from ice or snow at entrances, steps, landings, sidewalks, and parking lots. All sidewalks, stairways, and parking lots shall be clear of all snow and ice at least one hour prior to the beginning of business hours to accommodate mail trucks and on an as-needed basis throughout the duration of the storm.

**A.1.1.2**  The Contractor shall not dump snow on or near trees, shrubbery, ground cover, or flowerbed areas. The Contractor shall be responsible for clearing excess sand or other pretreatment material from treated areas.

**A.1.1.3**  The Contractor shall not injure, damage, or destroy government property. The Contractor shall be held responsible for all damage to property, grounds and landscaping caused by equipment or the application of chemicals for ice and snow removal.

### A.1.1.5  Snow and Ice Removal

**A.1.1.5.1  Parking Lots** -  If the accumulation of snow exceeds two (2) inches, the Contractor shall commence the snow removal operation without further notification, in accordance with the SOW.

**A.1.1.5.2  Sidewalks (if included in the contract)** -  If the accumulation of snow exceeds one (1) inch, the Contractor shall commence the snow removal operation without further notification, in accordance with the SOW.

**A.1.1.5.2.1**  The Contractor shall perform snow and ice removal from sidewalks for facilities identified at Attachment B. The Contractor shall ensure a pathway of four (4) feet wide is free of snow accumulation, piles, or drifts by removing all snow and ice from sidewalks and steps. Snow removal operations shall begin when accumulation reaches one inch. After snow and ice are removed in all areas, an adequate anti-icing agent must be applied to combat slippery conditions for pedestrians. This may require multiple snow/ice removals each day. Contractor shall be required to keep all fire hydrants free of snow with a minimum five (5) foot diameter and a clear pathway free of ice and snow to the hydrant.

**A.1.1.6  Ice control** – If ice is present, the Contractor shall apply a deicer that will effectively melt the ice. Deicer is included in the seasonal price to include labor to apply the deicer.

USA_0639

**A.1.1.6.1** Pretreatment Requirement - The Contactor shall be proactive in applying deicer by mobilizing manpower, equipment and materials. Pretreatment services of all applicable sidewalks, stairways, and parking lots shall be completed prior to and during the storm if temperatures are expected to be below freezing.

**A.1.1.7 Hauling of Snow** – Hauling of snow shall be requested by the Contracting Officer and invoiced based on the Equipment Hourly Rates located at Attachment B, Facility Information, Tab entitled "Hauling Equipment Rate". The invoices must provide a breakdown of the equipment used, number of hours and the hourly rate. If hauling is not required, the snow may be stored on the property as designated by the Postmaster/POC. Invoices shall be submitted monthly following the month of service.

**A.1.1.8 Vehicle Snow Pack**. The Contactor shall clear all snow behind the vehicles if the snow plow pushes snow against the vehicles. This shall be included in the seasonal price for snow removal services.

**A.1.1.9** The Contractor must be able to return the same day once Postal vehicles and equipment have been arranged and moved to complete snow removal, while the parking lots are empty. If the snowfall continues as a result of an "Ongoing Mid-Day Snow" and the new accumulation exceeds two (2) inches, the Contractor shall, without notification, return to the subject location and commence the snow removal in accordance with the priorities and schedule specified herein.

**A.1.1.10** The Contractor shall be accessible on a 24 hour, 365 day basis, including holidays. The Contractor is required to provide the 24 hour customer service number to the facility.

**A.1.1.11** The Contractor shall coordinate its work so as to not interfere with USPS functions, including but not limited to interference with unloading mail and carriers leaving for delivery of the mail. Adequate notice shall be provided to USPS facilities when government vehicles will need to be cleared from parking lots in order for the Contractor to provide pretreatment and snow and/or ice removal services. The servicing times shall be coordinated with the Postmaster/POC during the site visit and prior to winter season.

## A.1.2 General Information

**A.1.2.1** The Contractor may require a key or access information (such as a code to a padlock) to gain entry to the locations identified herein. Please contact the USPS facility for access information.

**A.1.2.2** Marking stakes indicating obstacles to avoid during the snow removal operations shall be installed no later than October 31st of each year during the contract period removed at the end of the winter season by the Contactor.

**A.1.2.3** All official times and snowfall measurements shall be supported by those recorded by the U. S. Weather Service serving the local area.

**A.1.2.4** Only rubber-tire vehicles shall be allowed. The Contractor shall utilize equipment of sufficient size to move snow to the designated areas.

**A.1.2.5** All Offerors are encouraged to visit the site and take necessary steps to ascertain the general conditions of the location and nature of the work, which will affect the work and costs thereof. Visits are to be scheduled with the USPS facility POC listed at Attachment B.

USA_0640

**A.1.2.6  SITE VISIT** - The Contractor shall visit the respective sites identified in the Attachment B in as outlined in paragraph A.1.2.6.1 Start of Season and paragraph A.1.2.6.2 Post Season Visit. The visit must be schedule with the respective facility manager or USPS POC to discuss any concerns prior to the snow season and assess damages at the end of the season. Please contact the Postmaster to schedule the site visit.

**A.1.2.6.1  START OF SEASON VISIT** – The Contractor shall schedule a site visit with the respective sites and stake the area no later than October 31st of each fiscal year. Marking stakes indicating obstacles to avoid during the snow removal operations shall be installed and removed by the contractor at the Post-Season Visit. Escalation Guidelines provided to respective site to include 24-hour Customer Service Number and a copy provided to COR/CO.

**A.1.2.6.2  POST SEASON VISIT** – The Contractor shall schedule a site visit with the respective sites and assess any damage caused during snow removal services from the winter no later than May 31st of each fiscal year. The marking stakes shall be removed at this time. The final invoice will be held until proof of the Post Season Visit has been accomplished and signed off by the contractor and the respective USPS facility.

**A.1.2.7  AREAS DAMAGED BY THE CONTACTOR**: Areas or property damaged as a result of Contactor vehicles or carelessness shall be the responsibility of the Contactor and covered at the Contactor's expense for replacement/repair. Final Invoices will be held until all damages have been accessed. Estimates and/or Quotes to be provided by the USPS within 30 days of the end of the season. Damages will be deducted from the Final Invoice.

**A.1.2.8  KEY CONTROL**: The Contractor shall establish and implement methods of making sure all keys/combinations issued to the Contractor by the USPS are not lost or misplaced and are not used by unauthorized persons. The Contractor shall immediately report to the Postmaster/POC or Contracting Officer any occurrences of lost keys. In the event keys are lost, the Contractor may be required, upon written direction of the Contracting Officer, to re-key or replace the affected lock(s) without cost to the USPS. The government may, however, at its option, replace the affected lock(s) or perform re-keying and deduct the cost of such from the monthly payment due the Contactor.

**A.1.2.9  MODIFICATIONS:** Modifications for a price increase or decrease to the contract shall be made when a change in scope or addition of a facility is officially added or removed on the contract and identified in Attachment B, with all information agreed upon. The unit pricing identified in the Price Schedule will be the basis for any modification. Modifications will be awarded once per month to consolidate all changes made throughout the month.

**A.1.3  CUSTOMER CALL CENTER** – The Contractor shall establish a 24-hour customer call center to receive and respond to service requests and inquiries from the facilities under the contract. The Contractor shall have a 24-hour customer service number for the facilities to call for service. The Contractor shall respond to the service calls within two (2) hours of receiving the call if the complaint is that service has not provided when the snow triggers exist: 2" of snow on the ground in the parking lot, 1" of snow on the sidewalks, and/or ice is present. If no response within 2 hours, the call is to be escalated to the Contracting Officer for administrative action.

**A.1.3.1** The Contractor shall keep a log of all calls that come in and shall make all documentation available for review at the request of the COR. The Contractor shall not manipulate the calls received.

USA_0641

**A.1.4  Performance Scheduling**

**A.1.4.1**  The subject property may be in use by employees and/or customers during the accomplishment of work specified herein. The Contactor shall comply with the rules and regulations governing the operation of the premises and in a manner to keep any interference to a minimum.

**A.1.4.2**  Movement of the mail is the most critical part of the operation at USPS Postal facilities. The Contactor is to coordinate the performance time to assure that the snow is removed.

**A.1.5  Insurance**

**A.1.5.1**  During the term of this contract and any extension, the Contactor must maintain at its own expense the insurance required by Clause (7-4). Insurance companies must be acceptable to the Postal Service. Policies must include all terms and provisions required by the Postal Service. The Contactor must furnish evidence of insurance to the COR.

**A.1.7  Reporting**

**A.1.7.1**  The Contactor shall remain in communication with the Contracting Officer, prior to, at the onset of, during, and after each storm. The Contactor shall be required to complete an Excel Spreadsheet report documenting challenges or problems encountered during the operations and a corrective action plan to ensure it is not repeated.

**A.1.7.2. Corrective Action Plan (CAP) -** In the event of a validated customer complaint**,** the Contractor must submit an acceptable Corrective Action Plan (CAP) that addresses all the findings to the Contracting Officer within seven days of the Request for CAP. CAP's will be documented and maintained by the Contracting Officer and Contracting Officer Representative and may be used in determining past performance ratings for contract renewals.

**A.1.8  Key Personnel**

**A.1.8.1**  The Offeror's personnel should have the necessary experience to perform the required work. Key Personnel shall include, at a minimum, the following individuals:
   a.  The Account Executive for this contract;
   b.  The individual who will be responsible for dispatching crews and equipment
   c.  The key foreman who will oversee and supervise the work in the field.

**A.1.8.2**  The Account Executive shall be a senior member of the Offeror's management team who has the authority and responsibility for ensuring that the Contactor's responsibilities are properly discharged.

**A.1.8.3**  The Contactor shall designate two Key Personnel to be available to communicate with the USPS by telephone and email twenty-four (24) hours a day, seven (7) days a week over the period of performance on the contract.

**A.1.8.4**  The Contactor shall not reassign any of the Key Personnel unless the Contracting Officer approves the proposed reassignment and the proposed replacement.

USA_0642

### A.1.9  Licensing, Accreditation and Registration

**A.1.9.1**  The Contactor and all of its subcontractors shall comply with all applicable state and federal licensing, accreditation, and registration requirements, and standards necessary for the performance of the contract.

### A.1.10  Conformance with Laws

**A.1.10.1**  It shall be the responsibility of the Contactor to perform under the contract in conformance with the USPS procurement regulations and all statutes, laws, codes, ordinances, regulations, rules, requirements, orders, and policies of governmental bodies.

### A.1.11  Service Contract Act

**A.1.11.1**  The Service Contract Act is applicable to this solicitation. As such, the Contactor and its subcontactors shall comply with the wage and reporting requirements imposed by that Act. Applicable wage determinations are attached hereto as Attachment C.

### A.1.12  Time is of the Essence

**A.1.12.1**  Time is of the essence with respect to the contract. The USPS shall have priority over any other similar contracts held by the Contactor throughout the course of this contract. The services, as required, shall be performed for a base year and four (4) additional option years which shall be exercised at the discretion of the USPS. As such, the Contactor must  dedicate such personnel and other resources as are necessary to ensure that the required snow removal services are completed on-time and in a diligent, skilled, and professional manner.

USA_0643

**A.2 STANDARDS:**

| Performance Objective | SOW Para | Performance Standard | FREQUENCY |
|---|---|---|---|
| **Parking Lot - Perform Snow Removal** | A.1.1.5.1 | Snow Removal of Parking Lot at 2" Trigger | Snow Accumulation Exceeds 2" |
| **Sidewalks - Perform Snow Removal** | A.1.1.5.2 | Snow Removal of Sidewalks at 1" Trigger | Snow Accumulation Exceeds 1" |
| **Application of Deicer** | A.1.1.6 | Deicer to be applied when ice is present | Perform when ice is present |
| **Pretreatment** | A.1.1.6.3 | Pretreatment of parking lot, sidewalks, stairways as applicable | Prior to temperatures expected below freezing |
| **Site Visit – Start of Season** | A.1.2.6.1 | Start of Season Site visit with respective site and marking stakes installed. Escalation Guidelines provided to respective Site and a copy to COR/CO. | No later than October 31 |
| **Site Visit – Post Season** | A.1.2.6.1 | Post Season Site visit with respective site and marking stakes removed. Assessment of Damages concurred with USPS POC to be provided to COR/CO. | No later than May 31 |
| **Certificate of Insurance** | A.1.5 and Clause 7-4 | Certificate of Insurance | Upon contract award and as updated |
| **Corrective Action Plan (CAP)** | A.1.7.2 | Addresses all findings from validated customer complaints | 7 Days after Request for CAP |

**USA_0644**

## A.1.14  ACRONYMNS AND DEFINITIONS

## A.1.14.1  ACRONYMS

CO – Contracting Officer

COR – Contracting Officer Representative

MSDS – Material Safety Data Sheet

POC – Point of Contact

RFP – Request for Proposal

SOW – Statement of Work

USPS – United States Postal Service

## A.14.1.2  DEFINITIONS

CONTRACTING OFFICER (CO) – A person with the authority to enter into, administer, and/or terminate contracts and make related determinations and findings.

CONTRACTING OFFICER REPRESENTATIVE (COR) – A person identified by the Contracting Officer that provides the Contactor directly with technical assistance and guidance in all aspects of the contract. The COR does not have the authority to enter into, administer, and/or change the price or the terms and conditions of the contract.

CONTACTOR – The individual, partnership, corporation, or other entity, which, in addition to USPS, is the party subject to the terms and conditions of this contract.

STATEMENT OF WORK – The Statement of Work is a statement of work for performance-based acquisitions that describes the required results in clear, specific and objective terms with measurable outcomes.

USA_0645

CONTRACT NUMBER: 4BSCLP-17-B-0329 JLL MOD 006

LIST OF SITES FOR DAKOTAS DISTRICT IN WESTERN AREA

| District | Office | Address | Ship to City State Zip | COR | Phone Number | Email Address | County | DOL WD | Vendor Total Seasonal Price BASE PERIOD | Vendor Total Seasonal Price for Option Period 1 | Vendor Total Seasonal Price for Option Period 2 | Vendor Total Seasonal Price for Option Period 3 | Vendor Total Seasonal Price for Option Period 4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAKOTAS | ABERDEEN | 1202 S 5TH ST | ABERDEEN SD 57401 | CHERYL FEHR | 605-226-2673 | CHERYL.A.FEHR@USPS.GOV | BROWN | WD 2015-5375 1-10-2018 | | | | | |
| DAKOTAS PFC | ABSAROKEE PO | 25 N MONTANA AVE | ABSAROKEE, MT 590019998 | RHONDA G. GALLAGHER | (406) 328-4736 | RHONDA.G.GALLAGHER@USPS.GO | JEFFERSON | DOL WD # 2015-5399, 1-10-18 | | | | | |
| DAKOTAS PFC | BIGFORK PO | 265 HOLT DR | BIGFORK, MT 599119998 | TYLER T. THOMPSON | (406) 837-4479 | TYLER.T.THOMPSON@USPS.GOV | FLATHEAD | DOL WD # 2015-5401, 1-10-2018 | | | | | |
| DAKOTAS | BILLINGS | 1761 AVIATION PL | Billings MT 59105-1987 | Brett Padden | 4066575725 | | LINCOLN | DOL WD # 2015-5401, 1-10-2018 | | | | | |
| DAKOTAS PFC | BOX ELDER PO | 511 N ELLSWORTH RD | BOX ELDER, SD 577199998 | CARLA M. ZUHLSDORF | (605) 923-2484 | CARLA.M.ZUHLSDORF@USPS.GOV | PENNINGTON | DOL WD # 2015-5367, 1-10-2018 | | | | | |
| DAKOTAS PFC | BROWNING PO | 316 N PEIGAN ST | BROWNING, MT  594179998 | DONEL R. HALL | (406) 338-5377 | DONEL.R.HALL@USPS.GOV | GLACIER | DOL WD # 2015-5397, 1-25-17 | | | | | |
| DAKOTAS PFC | Centennial Station | 2250 GRANT RD | BILLINGS, MT 59102 | DARCI L. SPITZER | (406) 657-5732 | DARCI.L.SPITZER@USPS.GOV | YELLOWSTONE | DOL WD # 2015-5389, 1-10-2018 | $10,101.09 | $10,101.09 | $10,101.09 | $10,101.09 | $10,101.09 |
| DAKOTAS PFC | COLUMBIA FALLS MPO | 65 1ST ST E | COLUMBIA FALLS MT 599129 | SHAWNA L. CRUM | (406) 892-7621 | SHAWNA.L.CRUM@USPS.GOV | FLATHEAD | DOL WD # 2015-5401, 1-10-2018 | | | | | |
| DAKOTAS PFC | CUT BANK MAIN OFFIC | 37 S CENTRAL AVE | CUT BANK MT 59427 | DARCY D. HIBBS | (406) 873-4521 | DARCY.D.HIBBS@USPS.GOV | GLACIER | WD 15-5397 1-10-2018 | | | | | |
| DAKOTAS PFC | DELL RAPIDS PO | 305 E 4TH ST | DELL RAPIDS, SD 570229998 | ROBERT J. MAXWELL | (605) 428-3039 | ROBERT.J.MAXWELL@USPS.GOV | MINNEHAHA | DOL WD # 2015-5369, 1-10-2018 | | | | | |
| DAKOTAS PFC | DETROIT LAKES PO | 250 STATE ST W | 565019998 | PAUL D. COLLINS | (218) 847-6230 | PAUL.D.COLLINS@USPS.GOV | BECKER | DOL WD # 2015-4955, 1-10-2018 | | | | | |
| DAKOTAS PFC | DEVILS LAKE PO | 502 3RD ST | DEVILS LAKE, ND  583019998 | GARY S. BROWN | (701) 662-7132 | GARY.S.BROWN@USPS.GOV | RAMSEY | DOL WD # 2015-5385, 1-10-2018 | | | | | |
| DAKOTAS PFC | Downtown Staion | 2602 1ST AVE N | BILLINGS, MT 59103 | STACIE M. COLARCHIK | (406) 657-5748 | STACIE.M.COLARCHIK@USPS.GOV | Yellowstone | DOL WD # 2015-5389, 1-10-2018 | | | | | |
| DAKOTAS PFC | EAST HELENA PO | 607 E PORTER ST | 596359998 | DONALD F. KNIGHT | (406) 227-5325 | DON.KNIGHT@USPS.GOV | LEWIS AND CLARK | DOL WD # 2015-5399, 1-10-2018 | | | | | |
| DAKOTAS | FREEMAN | 421 S Poplar St | FREEMAN SD 57029 | LISA JAMES | 605-925-7386 | LISA.K.JAMES@USPS.GOV | Hutchinson | WD 2015-5375 1-10-2018 | | | | | |
| DAKOTAS PFC | GRAND FORKS PO | 2501 28TH AVE S | GRAND FORKS, ND  58201-99 | TRAVIS D. LARSON | (701) 335-2010 | TRAVIS.D.LARSON@USPS.GOV | GRAND FORKS | DOL WD # 2015-4973, 1-10-2018 | | | | | |
| DAKOTAS | STATION | GULCH BSMT | HELENA MT 59601-5021 | | | | | | | | | | |
| DAKOTAS PFC | HELENA MAIN OFFICE | 2300 N HARRIS ST | HELENA MT 59601-9997 | | | | | | | | | | |
| DAKOTAS | HERON | 128 Railroad Ave. | HERON MT 59844 | SHARON WILSON | 406-847-5505 | SHARON.E.WILSON@USPS.GOV | SANDERS | WD 2015-5401 1-10-2018 | | | | | |
| DAKOTAS PFC | HURON PO | 410 DAKOTA AVE S | HURON, SD 573509998 | DIANNE REMILY | (605) 352-2725 | DIANNE.REMILY@USPS.GOV | BEADLE | DOL WD # 2015-5375, 1-10-18 | | | | | |
| DAKOTAS PFC | LIBBY PO | 518 MAIN AVE | LIBBY, MT 599239998 | BRUCE T. MOOG | (406) 293-4184 | BRUCE.MOOG@USPS.GOV | LINCOLN | DOL WD # 2015-5401, 1-10-18 | | | | | |
| DAKOTAS PFC | LIV-ANNEX | 230 JEFFERSON ST | LIVINGSTON, MT  590474203 | DANIEL S. CRANE | (406) 222-0912 | DANIEL.S.CRANE@USPS.GOV | PARK | DOL WD # 2015-5399, 1-10-18 | | | | | |
| DAKOTAS PFC | LIVINGSTON MPO | 105 N 2ND ST | LIVINGSTON, MT  590474203 | DANIEL S. CRANE | (406) 222-0912 | DANIEL.S.CRANE@USPS.GOV | PARK | DOL WD # 2015-5399, 1-10-18 | | | | | |
| DAKOTAS PFC | LOLO PO | 11815 LEWIS & CLARK D | LOLO, MT  59847-9998 | JEFFREY I. SHAUVIN | 406) 273-2251 | JEFFREY.I.SHAUVIN@USPS.GOV | MISSOULA | DOL WD # 2015-5393, 1-10-18 | | | | | |
| DAKOTAS | MAIN POST OFFICE | 218 Main St. | ANACONDA MT 59711 | TOM HANSEN | 406-563-5033 | HAL.T.HANSEN@USPS.GOV | DEER LODGE | WD 15-5399 REV 1-10-2018 | | | | | |
| DAKOTAS PFC | MEADOWS STATION | 2501 S LOUISE AVE | SIOUX FALLS, SD 57106-4325 | DEBRA K. BROST | (605) 333-2720 | DEBRA.K.BROST@USPS.GOV | Minnehaha | DOL WD # 2015-5369, 1-10-2018 | | | | | |
| DAKOTAS PFC | MINOT PO | 117 5TH AVE SW | MINOT, ND  587019998 | MICHELLE A. HANSON | (701) 857-6115 | MICHELLE.A.HANSON@USPS.GOV | WARD | DOL WD # 2015-5383, 1-10-2018 | | | | | |
| DAKOTAS PFC | NEW UNDERWOOD PO | 408 S. A AVE | NEW UNDERWOOD, SD 57761 | RHONDA A. SONNENFEL | (605) 754-6456 | RHONDA.A.SONNENFELD@USPS.GO | PENNINGTON | DOL WD # 2015-5367, 1-10-2018 | | | | | |
| DAKOTAS PFC | NORTH SIOUX CITY PO | 310 N DERBY LN | NORTH SIOUX CITY, SD  5704 | MICHELLE C. FELDHACK | (605) 232-4206 | MICHELLE.C.FELDHACKER@USPS.G | UNION | DOL WD # 2015-5009, 1-10-2018 | | | | | |
| DAKOTAS PFC | Pioneer Station | 724 15TH ST W | BILLINGS, MT 59102 | HEATHER A. WEIAND | (406) 657-5746 | HEATHER.A.WEIAND@USPS.GOV | YELLOWSTONE | DOL WD # 2015-5389, 1-10-2018 | | | | | |
| DAKOTAS PFC | RED LODGE PO | 119 S HAUSER AVE | RED LODGE, MT  59068-9998 | LINDA L. NYGARD | (406) 446-2629 | LINDA.L.NYGARD@USPS.GOV | CARBON | DOL WD # 2015-5389, 1-10-2018 | | | | | |
| DAKOTAS PFC | Ronald Reagan Station | 710 Wicks Lane | BILLINGS, MT 59105 | JOSHUA W. SCHLECHT | (406) 657-5654 X654 | JOSHUA.W.SCHLECHT@USPS.GOV | LINCOLN | DOL WD # 2015-5401, 1-10-2018 | | | | | |
| DAKOTAS | ROSCOE | 206 N Main St | Roscoe SD 57471 | PATRICIA AMMANN | 605-285-6262 | Patricia.K.Ammann@usps.gov | Edmund | WD 2015-5375 1-10-2018 | | | | | |
| DAKOTAS PFC | SIOUX FALLS MAIN OFF | 320 S 2ND AVE | SIOUX FALLS, SD 57104-7500 | JAN H. ZIMMERMAN | (605) 357-5010 | JAN.H.ZIMMERMAN@USPS.GOV | MINNEHAHA | DOL WD # 2015-5369, 1-25-17 | | | | | |
| DAKOTAS PFC | SOUTHWEST STATION | 4709 S TECHNOPOLIS DR | SIOUX FALLS, SD 57106 | DEBRA K. BROST | (605) 333-2720 | DEBRA.K.BROST@USPS.GOV | MINNEHAHA | DOL WD # 2015-5369, 1-10-2018 | | | | | |
| DAKOTAS | WARROAD | 204 MAIN AVE NE | WARROAD MN  56763 | EILEEN PAQUIN | 218-386-1052 | EILEEN.M.PAQUIN@USPS.GOV | ROSEAU | WD 2015-4955 (REV-4)  1-10-2018 | | | | | |
| DAKOTAS PFC | WHITEFISH | 424 BAKER AVE | WHITEFISH MT 59937 | SCOTT FOSTER | 406-862-2151 | SCOTT.T.FOSTER@USPS.GOV | FLATHEAD | WD 2015-5401  1-10-2018 | | | | | |
| DAKOTAS PFC | YANKTON PO | 506 W.25th Street | YANKTON, SD  570789998 | ROBERT (BOB) A. GREIN | (605) 665-0626 | ROBERT.A.GREINER@USPS.GOV | YANKTON | DOL WD # 2015-5375, 1-10-2018 | | | | | |

USA_0646

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ADDITIONAL 8 SITES ADDED TO MOD 002** | | | | | | | | | | | | |
| **ADDITIONAL SITES FOR MOD 004 - SERVICES STARTED IN JAN 2018** | | | | | | | | | | | | |
| DAKOTAS | CHARLES RUSSELL | 3400 9TH AVE S | GREAT FALLS, MT 59405 | Nancy Donovan | 4067712170 | Nancy.A.Donovan@usps.gov | Cascade County | DOL WD 15-5391 REV.5 (01-10-2018) | | | | |
| DAKOTAS | EAGLE BRANCH | 1321 SMELTER AVE NE | BLACK EAGLE, MT 59414 | Nancy Donovan | 4067712170 | Nanct.A.Donovan@usps.gov | Cascade County | DOL WD 15-5391 REV.5 (01-10-2018) | | | | |
| DAKOTAS | OFFICE | 215 1ST AVE N RM 135 | GREAT FALLS, MT 59401 | Nancy Donovan | 4067712170 | Nancy.A.Donovan@usps.gov | Cascade County | DOL WD 15-5391 REV.5 (01-10-2018) | | | | |
| DAKOTAS | PROCESSING ANNEX | 1409 14TH ST SW | GREAT FALLS, MT 59404 | Nancy Donovan | 4067712170 | Nancy.A.Donovan@usps.gov | Cascade County | DOL WD 15-5391 REV.5 (01-10-2018) | | | | |
| **ADDITIONAL SITES FOR MOD 004 - SERVICES STARTED FROM MAR. 2018** | | | | | | | | | | | | |
| DAKOTAS | CASCADE | 105 3RD AVE S | CASCADE, MT 59421 | Tanna Christ | 406-468-2823 | tanna.d.christ@usps.gov | Cascade County | DOL WD 15-5391 REV.5 (01-10-2018) | | | | |
| DAKOTAS | ULM PO | 6 MILLEGAN RD | ULM, MT 59485 | Tanna Christ | 406-866-3580 | tanna.d.christ@usps.gov | Cascade County | DOL WD 15-5391 REV.5 (01-10-2018) | | | | |
| **ADDITIONAL SITES MOD 006** | | | | | | | | | | | | |
| DAKOTA | TROLLWOOD ANX | 3105 BROADWAY N, | FARGO ND 58102-9998 | 701-353-6047 | 58102fargond@us | Cass | WD 15-4969 (Rev 6 | 55605 | | | | |
| DAKOTA | PRAIRIEWOOD STA | 1455 32ND ST, S | FARGO ND 58103-3400 | 702-528-4025 | 1455fargond@us | Cass | WD 15-4969 (Rev 6 | 61095 | | | | |
| DAKOTA | JAMESTOWN PO | 212 2ND ST SW, | JAMESTOWN ND 58401-9998 | 701-252-3855 | 58401jamestown | Stutsman | Wd 15-5385 (Rev 5 | 34374 | | | | |