Alex K. Evans
Wayne E. Olson
**GLACIER LAW FIRM, PLLC**
165 Commons Loop, Ste. 3
Kalispell, MT 59901
Telephone: (406) 552-4343
Fax: (406) 730-5909
alex@glacierlawfirm.com
wayne@glacierlawfirm.com
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| KIMMIE S. BAGLEY, | Cause No.: **CV 21-112-BLG-SPW** |
| Plaintiff, | |
| vs. | **MOTION TO REFER CASE TO U.S. MAGISTRATE FOR SETTLEMENT CONFERENCE** |
| UNITED STATES, | |
| Defendant. | |

COMES NOW the Plaintiff, Kimmie S. Bagley, by and through counsel, Alex K. Evans of Glacier Law Firm, PLLC, and moves this Court for a settlement conference before a U.S. Magistrate Judge pursuant to the Amended Scheduling Order (doc. 24) and Local Rule 16.5. The Defendant has been contacted and objects to the filing of this motion.

This motion is accompanied by a supporting brief.

DATED this 21st day of March, 2023.

**MOTION TO REFER CASE TO USE MAGISTRATE FOR SETTLEMENT CONFERENCE**
**PAGE 1**

        GLACIER LAW FIRM, PLLC

        By: <u>/s/ Wayne Olson</u>
        Alex K. Evans
        Wayne E. Olson
        165 Commons Loop, Ste. 3
        Kalispell, MT 59901
        Telephone: (406) 552-4343
        Fax: (406) 730-5909
        alex@glacierlawfirm.com
        wayne@glacierlawfirm.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on March 21st, 2023, I provided a true and correct copy of the foregoing document via the method as shown below, and addressed to the following:

| | |
|---|---|
| 1. JOHN M. NEWMAN<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>P.O. Box 8329<br>Missoula, MT 59807<br>101 E Front Street, Suite 401<br>Missoula, MT 59802<br>Phone: (406) 829-3336<br>Email: john.newman@usdoj.gov | [ ] Hand-Delivery<br>[ ] U.S. First Class Mail<br>[ ] Overnight Delivery Service<br>[X] E-Mail (include email in address)<br>[ ] Facsimile (include fax number in address) |
| 2. ABBIE J.N. CZIOK<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>901 Front Street, Suite 1100<br>Helena, MT 59626<br>Phone: (406) 457-5268<br>Fax: (406) 457-5130<br>Email: abbie.cziok@usdoj.gov | |

_____
Harley Siderius
Paralegal to Alex K. Evans